UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS WILLIAMSON,<br><br>                      Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                     Defendant. | Case No.: 21-CV-2121 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(ECF No. 13) |

      Presently before the Court is the Parties' Joint Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 13).  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action with respect to all Parties named herein, as to all claims and causes of action, with each party to bear its own attorneys' fees and costs.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: June 27, 2022

                                                  Hon. Janis L. Sammartino
                                                  United States District Judge